IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-29 E |
| ) | |
| OLUFUNSO OLAWUNMI SHASANYA, ) | |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the foregoing, Motion to Amend Bond, it is hereby ORDERED, ADJUDGED, AND DECREED that the Defendant's bond is amended as follows: The defendant will not be required to pay for the cost of electronic monitoring while he is unemployed and shall not have to pay any fees that have accrued as of the date of this order. If the defendant becomes employed, he will be required to pay the cost of electronic monitoring during the term of his employment. All other conditions of bond are to remain intact.

                                                                                          _____
                                                                                          HONORABLE SUSAN PARADISE-BAXTER
                                                                                          United States Magistrate Judge

cc:   Thomas W. Patton, AFPD
      Marshall J. Piccinini, AUSA
      Pretrial Services