CR04-29E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **August 8, 2005**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie Pennsylvania.

When cases are called for trial between **August 8, 2005 and September 6, 2005**, counsel are to be prepared to select a Jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

1. CR 04-54 Erie - U.S.A. v. Lynda Woods (Trabold; Patton)
2. CR 04-29 Erie - U.S.A. v. Olufunso Shasanya (Piccinini; Patton)
3. CR 05-02 Erie - U.S.A. v. Keith Proctor (Trabold; Patton)
4. CR 05-04 Erie - U.S.A. v. Michelle Welsh and Eugene Gavin (Piccinini; Patton; Brabender)
5. CR 05-10 Erie - U.S.A. v. Christopher Barr and Patrick Kiser (Trabold; Patton; Segel; Blackman)
6. CA 02-264 Erie - Smith v. U.S.A. (Delaney; Wiegand; Dale)
7. CA 03-295 Erie - Vegesna v. ISD Transportation Company (Connor; Chiodo)

**IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO**

THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES.

                                                        Rebecca L. Humphrey

                                                        Law Clerk to Judge Sean J. McLaughlin

cc:    All counsel

        United States Attorney

        Federal Public Defender

        United States Marshal

        Unites States Pretrial Services