IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>V.<br><br>OLUFUNSO OLAWUNMI SHASANYA<br>Defendant. | )<br>)<br>)<br>)<br>)   CRIMINAL NUMBER 04-29 ERIE<br>)<br>)<br>) |

**ORDER**

AND NOW this 2nd day of August, 2005,

IT IS HEREBY ORDERED that the above-named defendant is scheduled for a Change of plea hearing on **Tuesday, August 16, 2005** at **11:30 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA

                                                s/Sean J. McLaughlin
                                                SEAN J. MCLAUGHLIN
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    U.S. Marshal Services
    U.S. Probation/Pretrial Services