# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.                                )
                                    )
                                    )
                                    )
    vs.                             )        CR   04-29 Erie
Olufunso Olawunmi Shasanya          )
                                    )
                                    )
            Defendants  )

**HEARING ON**   Change of Plea

Before   Sean J. McLaughlin

Marshall Piccinini, Esq.                    Tom Patton, Esq.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun    8/16/2005 10:40 a.m.       Hrg Adjourned to

Hrg concluded C.A.V.   11:04 a.m.           Stenographer     Ron Bench

**WITNESSES**

For Plaintiff                               For Defendant

Defendant pled guilty to Count 1 of the
Indictment; plea agreement attached.
Sentencing set for 11/15/2005 at 9:00 a.m.