AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered June 14, 2004, and now pleads guilty in open court this 16 day of August 2005 as to Count One Only.

_____
Defendant