**BEACHWOOD POLICE**

Investigative Report 002   Title / Subject:   Page #: 1

Incident Number **04-00167**

I was informed that the suspect in custody was refusing to identify himself to police during booking. I examined the contents of the suitcase and satchel and found a few papers all addressed to SHASANYA. The suitcase was found to contain, underneath the lining, three envelopes. One envelope was open and contained $7,500.00 in

By: DET ROGER . CURTISS   Badge# D10   Date: 01/06/2004   Time: 1700
Reviewing Supervisor: _____   Date: _____

**BEACHWOOD POLICE**

Investigative Report 002   Title / Subject:   Page #: 2

Incident Number **04-00167**

$100.00 bills. The other two envelopes were sealed. All three envelopes were placed in evidence.

**BEACHWOOD POLICE**

Investigative Report 002   Title / Subject:   Page #: 3

Incident Number **04-00167**

A search warrant was obtained from Shaker Heights Municipal Court authorizing the opening of the two sealed white envelopes. They were opened and found to contain $7450.00 in one envelope and $7400.00 in the other. The cash was in denominations of $50.00 and $100.00 bills. This brings the total amount of money confiscated to $25,874.00 ███████████████