IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 04-29E |
| ) | |
| OLUFUNSO SHASANYA ) | |

    The above named defendant satisfied the judgment of NOVEMBER 15, 2005 by paying on NOVEMBER 30, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

    The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____ 12/14/05
Deputy Clerk            Date